


# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

**FILED**

**FEB 2 1 1995**

**WILLIAM B. GUTHRIE**
**Clerk, U.S. District Court**

By:_____
**Deputy Clerk**

KATHLEEN D. RAY,            )
                           )
                Plaintiff  )
                           )
        v.                 )        No. CIV-94-078-S
                           )
DONNA E. SHALALA,          )
                           )
                Defendant  )

## ORDER

On December 8, 1994, the United States Magistrate/Judge for this District filed Findings and Recommendations in this case.   The parties have not filed exceptions and/or objections to those Findings and Recommendations, and the time to file such objections has expired.

This Court finds that the Findings of the Magistrate/Judge reversing and remanding this case to the defendant for updated reports from her treating sources and further vocational expert testimony is supported by evidence.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be affirmed and adopted by this Court as this Court's Findings and Order, and, pursuant to the fourth sentence of 42 U.S.C. §405(g), this case is remanded to the defendant for further proceedings consistent with this order.

IT IS SO ORDERED this ____2/____ day of February, 1995.


_____
FRANK H. SEAY
United States District Judge